EUGENE GIRASULO ET AL. *v.* WILLIAM J. HEFFERNAN
ET AL.

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*William F. Gallagher,* for the appellants (plaintiffs).

No appearance for the appellees (defendants).

Argued February 1—decided February 1, 1977

SUSANNE GREENWALD *v.* HOWARD GREENWALD

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Stephen M. Seelig,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued February 1—decided February 1, 1977

DORA HONEGGER *v.* ANTHONY ROMANAUSKAS

The defendant's motion to dismiss the appeal from the Superior Court for the judicial district of Waterbury is denied.

*John H. Welch, Jr.,* for the appellee (defendant).

No appearance for the appellant (plaintiff).